# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  **CASE NO: 8:15-cr-93-T-35AEP**

**STEPHEN FARRIS UNDERWOOD**

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty, (Dkt. 19) filed on August 5, 2015 and no objection thereto having been filed, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge, (Dkt. 19) is ACCEPTED, AFFIRMED AND ADOPTED.

2. Defendant, Stephen Farris Underwood has entered a plea of guilty to Count Two of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count Two of the Indictment.

3. That sentencing be scheduled for **November 4, 2015 at 9:30 AM**.   Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

4. Sentencing memoranda shall be filed no later than **ten (10) business days** prior to the date of the sentencing hearing.

**DONE and ORDERED** in Tampa, Florida, this 21st day of August, 2015.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
U.S. Probation Office

- 2 -

U.S. Pretrial Services
U.S. Marshal Service